IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
FLORENCE DIVISION

| | |
|---|---|
| PEGGY MORTON, individually and on behalf of all others similarly situated,<br>                              Plaintiff,<br>v.<br><br>SCANSTAT TECHNOLOGIES, LLC; MCLEOD REGIONAL MEDICAL CENTER, d/b/a MCLEOD ORTHOPAEDICS, and TRAVIS NOVINGER, MD,<br>                              Defendants. | Civil Action No. 4:22-cv-04713-BHH<br><br>NOTICE OF VOLUNTARY DISMISSAL |

**<u>PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE</u>**

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff, Peggy Morton and their counsel(s), hereby give notice that the above-captioned action is voluntarily dismissed without prejudice against all Defendants.

*/s/Paul J. Doolittle*
Paul J. Doolittle (Fed ID #6012)
Blake G. Abbott (Fed ID #13354)
**POULIN | WILLEY | ANASTOPOULO, LLC**
32 Ann Street
Charleston, SC 29403
Tel: (843) 614-8888
Email: pauld@akimlawfirm.com
       blake@akimlawfirm.com

## **CERTIFICATE OF SERVICE**

 I hereby certify that on February 28, 2023 a true and correct copy of the foregoing was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to counsel of record for all parties, as indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

*/s/ Paul J. Doolittle*
Paul J. Doolittle
